Honorable John C. Coughenour

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

9

NOUSHIN ZARKESH,

Plaintiff,

vs.

VINMAR POLYMERS AMERICA, LLC
AND VINMAR INTERNATIONAL, LTD.,

Defendants.

Case No. 2:23-CV-01002-JCC

[~~PROPOSED~~] **ORDER GRANTING
REVISED UNOPPOSED MOTION FOR
WITHDRAWAL AND SUBSTITUTION
OF COUNSEL**

10

11

12

13

14

15

16

This matter came before this Court on the Revised Unopposed Motion for Withdrawal and Substitution of Counsel.  The Court is fully advised.

17

IT IS HEREBY ORDERED:

18

19

20

1.   Suzanne K. Michael, Jeremy F. Wood, and Sieu Che of the law firm of Fisher & Phillips LLP withdraw as counsel of record for Defendants Vinmar Polymers America, LLC and Vinmar International, Ltd.;

21

22

2.   Suzanne K. Michael, Jeremy F. Wood, and Sieu Che of the law firm of Fisher & Phillips LLP are removed from the electronic service list in this case; and

23

24

25

3.   Laurence A. Shapero and Arianna L. Gardner of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. are substituted as counsel for Defendants Vinmar Polymers America, LLC and Vinmar International, Ltd.

26

//

[PRPOSED] ORDER GRANTING REVISED
UNOPPOSED MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL- 1
Case No. 2:23-cv-01002-JCC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Dated this 6th day of December 2023.

_____
JUDGE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Laurence A. Shapero*
By: */s/ Arianna L. Gardner*
    Laurence A. Shapero, WSBA #31301
    Arianna L. Gardner, WSBA #57167
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:   (206) 876-5301
    Facsimile:   (206) 693-7058
    Email:  laurence.shapero@ogletree.com
            arianna.gardner@ogletree.com

*Substituting Attorneys for Defendants*

[PROPOSED] ORDER GRANTNG REVISED
UNOPPOSED MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 2
Case 2:23-cv-01002-JCC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Approved as to Form; Presentation Waived:

FISHER & PHILLIPS LLP

By: */s/ Suzane K Michael*
By: */s/ Jeremy F. Wood*
By: */s/ Sieu Che*
 Suzanne K. Michael, WSBA #14072
 Jeremy F. Wood, WSBA #51803
 Sieu Che, WSBA #40422
 1700 7th Avenue, Suite 2200
 Seattle, WA 98101
 Telephone:  (206) 682-2308
 Email:  smichael@fisherphillips.com
   jwood@fisherphillips.com
   sche@fisherphillips.com

*Withdrawing Counsel for Defendants*

[~~PROPOSED~~] ORDER GRANTNG REVISED
UNOPPOSED MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 3
Case 2:23-cv-01002-JCC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on December 6, 2023, I served the foregoing [PROPOSED] ORDER

3    GRANTING REVISED UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION

4    OF COUNSEL via the method(s) below on the following parties:

5    Steven B. Frank, WSBA No. 04944              Suzanne K. Michael, WSBA #14072
     Sean M. Phelan, WSBA No. 27866               Jeremy F. Wood, WSBA #51803
6    Ellicott K. Dandy, WSBA No. 57279            Sieu Che, WSBA #40422
7    Michael C. Subit, WSBA No. 29189             FISHER & PHILLIPS LLP
     FRANK FREED SUBIT & THOMAS LLP               1700 7th Avenue, Suite 2200
8    705 Second Avenue, Suite 1200                Seattle, WA 98101
     Seattle, Washington 98104                    Telephone:  (206) 682-2308
9    Phone: (206) 682-6711                        Email:  smichael@fisherphillips.com
10   Fax: (206) 682-0401                                  jwood@fisherphillips.com
     Email: sfrank@frankfreed.com                         sche@fisherphillips.co
11   sphelan@frankfreed.com
     edandy@frankfreed.com                        *Withdrawing Attorneys for Defendants*
12   msubit@freankfreed.com

13   *Attorneys for Plaintiff*

14

15   ☒      by **electronic** means through the Court's Case Management/Electronic Case File system,
            which will send automatic notification of filing to each person listed above.
16

17   ☐      by **e-mailing** a true and correct copy to the last known email address of each person listed
            above.

18
         SIGNED THIS 6th day of December, 2023 at Seattle, Washington.
19
                                          OGLETREE, DEAKINS, NASH, SMOAK &
20                                        STEWART, P.C.

21                                        By: */s/ Jordan E. Sheets*
                                             Jordan E. Sheets, Practice Assistant
22

23

24

25

26