Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| NOUSHIN ZARKESH,<br><br>Plaintiff,<br><br>vs.<br><br>VINMAR POLYMERS AMERICA, LLC AND VINMAR INTERNATIONAL, LTD.,<br><br>Defendants. | Case No. 2:23-CV-01002-JCC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

Plaintiff Noushin Zarkesh ("Plaintiff") and Defendants Vinmar Polymers America, LLC and Vinmar International, Ltd. ("Defendants") have filed their Joint Stipulated Motion for Extension of Time for a 30-day extension of time for Defendants to answer, present defenses, or otherwise respond to Plaintiff Noushin Zarkesh's ("Plaintiff") Complaint following the November 21, 2023 Order directing the clerk re-open this matter the ("Complaint") from December 5, 2023, until January 4, 2024.

IT IS HEREBY ORDERED that Defendant shall file its responsive pleading no later than January 4, 2024.

//

//

//

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME- 1
Case No. 2:23-cv-01002-JCC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

DATED this 8th day of December 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT- 2
Case No. 2:23-cv-01139-TMC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Laurence A. Shapero*
By: */s/ Arianna L. Gardner*
   Laurence A. Shapero WSBA # 31301
   Arianna L. Gardner, WSBA #57167
   1201 Third Avenue, Suite 5150
   Seattle, WA  98101
   Telephone:  (206) 876-5301
   Facsimile:  (206) 693-7058
   Email:   laurence.shapero@ogletree.com
             arianna.gardner@ogletree.com

*Attorneys for Defendant*


Approved as to Form; Presentation Waived:

SEATTLE LITIGATION GROUP, PLLC

By: */s/ Steven B. Frank*
By: */s/ Sean M. Phelan*
By: */s/ Michael C. Subit*
By: */s/ Ellicott K. Dandy*
   Steven B. Frank, WSBA #04944
   Sean M. Phelan, WSBA #27866
   Michael C. Subit, WSBA #29189
   Ellicott K. Dandy, WSBA #57279
   705 Second Avenue, Suite 1200
   Seattle, WA  98104
   Telephone:  (206) 682-6711
   Facsimile:  (206) 682-0401
   Email:   sfrank@frankfreed.com
             sphelan@frankfreed.com
             msubit@frankfreed.com
             edandy@frankfreed.com

*Attorneys for Plaintiff*

[~~PROPOSED~~] ORDER GRANTING JOINT
STIPULATED MOTION FOR EXTENSION OF
TIME TO ANSWER COMPLAINT- 3
Case No. 2:23-cv-01139-TMC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, I served the foregoing [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME via the method(s) below to the following parties:

Steven B. Frank, WSBA #04944
Sean M. Phelan, WSBA #27866
Michael C. Subit, WSBA #29189
Ellicott K. Dandy, WSBA #57279
705 Second Avenue, Suite 1200
Seattle, WA  98104
Telephone:  (206) 682-6711
Facsimile:  (206) 682-0401
Email:      sfrank@frankfreed.com
            sphelan@frankfreed.com
            msubit@frankfreed.com
            edandy@frankfreed.com

*Attorneys for Plaintiff*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 8th day of December, 2023 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jordan Sheets*
    Jordan Sheets, Practice Assistant
    jordan.sheets@ogletree.com

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT- 4
Case No. 2:23-cv-01139-TMC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058