**THE HONORABLE JOHN C. COUGHENOUR**

1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

8
9
10
11
12
13
14
15
16

NOUSHIN ZARKESH,

       Plaintiff,

    v.

VINMAR POLYMERS AMERICA, LLC
AND VINMAR INTERNATIONAL,
LTD.,

       Defendants.

**Case No.:  2:23-cv-01002-JCC**

**[~~PROPOSED~~] ORDER GRANTING
PLAINTIFF'S UNOPPOSED
MOTION FOR LEAVE TO FILE
SECOND AMENDED
COMPLAINT**

**NOTE ON MOTION CALENDAR:
March 28, 2023**

17

18       This matter comes before the Court on Plaintiff Noushin Zarkesh's Unopposed Motion

19 for Leave to File Second Amended Complaint. Upon consideration of Plaintiff's Unopposed

20 Motion for Leave to File Second Amended Complaint and its supporting declaration and

21 exhibits, and the entire record in this case, the Court ORDERS that Plaintiff's Motion for Leave

22 to File Second Amended Complaint is GRANTED.

23       Plaintiff may file her Second Amended Complaint.

24 //

25 //

26 //

27

[~~PROPOSED~~] ORDER - 1
Case No.:  2:23-cv-01002-JCC

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

1    Entered this 28th day of March 2024.

2

3

4
_____

5
The Honorable John C. Coughenour
UNITED STATES DISTRICT COURT JUDGE

6    Presented By:

7    FRANK FREED SUBIT & THOMAS LLP

8    By:  /s/ Ellicott K. Dandy
     Steven B. Frank, WSBA No. 04944
9    Sean M. Phelan, WSBA No. 27866
     Michael C. Subit, WSBA No. 29189
10   Ellicott K. Dandy, WSBA No. 57279
     705 Second Avenue, Suite 1200
11   Seattle, Washington 98104
     Phone: (206) 682-6711
12   Fax:  (206) 682-0401
     Email : sfrank@frankfreed.com
13   Email : sphelan@frankfreed.com
     Email : msubit@frankfreed.com
14   Email : edandy@frankfreed.com

15

16

17   *Attorneys for Plaintiff*

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER - 2
Case No.:  2:23-cv-01002-JCC

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711