THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

NOUSHIN ZARKESH,

      Plaintiff,

    v.

VINMAR POLYMERS AMERICA, LLC
AND VINMAR INTERNALTIONAL,
LTD.,

      Defendants.

Case No.: 2:23-cv-01002-JCC

**STIPULATED MOTION REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**NOTE ON MOTION CALENDAR: AUGUST 7, 2024**

## STIPULATION

On July 25, 2024, defendants filed a motion for summary judgment. Dkt. No. 47. Defendants noted their motion for August 29, 2024, rather than August 22, 2024, to allow plaintiff 28 days rather than 21 days to file her response. The parties hereby stipulate that plaintiff shall file her response to defendants' motion on or before August 22, 2024, and defendants shall file their reply on or before August 29, 2024.

RESPECTFULLY SUBMITTED this 7th day of August 2024.

STIPULATION REGARDING
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1
Case No.: 2:23-cv-01002-JCC

Attorneys for Plaintiff:

FRANK FREED SUBIT & THOMAS LLP

By: *s/ Steven B. Frank*
    *s/ Sean M. Phelan*
    *s/ Michael C. Subit*
Steven B. Frank, WSBA No. 04944
Sean M. Phelan, WSBA No. 27866
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: 206-682-6711
Fax: 206-682-0401
sfrank@frankfreed.com
sphelan@frankfreed.com
msubit@frankfreed.com

Attorneys for Defendants:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: *s/Laurence A. Shapero*
    *s/Arianna L. Gardner*
Laurence A. Shapero, WSBA No. 31301
Arianna L. Gardner, WSBA No. 57167
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206-693-7058
Laurence.shapero@ogletree.com
Arianna.gardner@ogletree.com

## <u>ORDER</u>

IT IS SO ORDERED.

DATED this 7th day of  August 2024.

_____
The Honorable John C. Coughenour
United States District Court Judge

STIPULATION REGARDING
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2
Case No.: 2:23-cv-01002-JCC

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711